Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HAZEL LEON and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. GILBERT KNITTING COMPANY, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.—Award reversed and matter remitted to the Commission, on the ground that notice of injury was not given to the employer, and the failure to give such notice has not been excused by the Commission. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JOSEPH J. VENERONI, Respondent, v. BAUSCH & LOMB OPTICAL COMPANY, Employer, and the UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.—Award affirmed on the ground that the evidence, including the statement of the employer in the report of the injury, establishes the claim. All concur, except Woodward and Kiley, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. RUTH A. POST, Respondent, for Compensation under the Workmen's Compensation Law, Claimed to Be Due LANSING POST, Her Husband, v. W. S. WOOD COAL COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.—Award reversed and matter remitted to the Commission, on the ground that compensation should have been based on subdivision 3 of section 14 of the Workmen's Compensation Law. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM JOB, Respondent, for Compensation under the Workmen's Compensation Law, v. FREDERICK W. J. McKIBBEN, as Substitute Trustee under the Will of BENJAMIN MARSHALL, Deceased, and the GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants, and JAMES W. HISLOP, Employer, and the STATE INSURANCE FUND, Insurance Carrier.— Award reversed as to the appellants and the claim against them dismissed upon the ground that there is no evidence tending to show any liability. All concur.

In the Matter of the Estate of AMANDA C. REYNOLDS, Deceased. HAMILTON J. HEWITT, Special Guardian for DuMOND REYNOLDS, an Infant, Appellant; WILLIAM E. REYNOLDS, Executor, etc., Respondent.— Decree unanimously affirmed, without costs.

IDA PIATT, an Infant, by CHARLES PIATT, Her Guardian ad Litem, Appellant, v. ELLEN HALSTEAD and ALICE L. SAWYER, Respondents.— Judgment and order unanimously affirmed, with costs. Kiley, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STAR COMPANY, Relator, v. WALTER H. KNAPP and Others, as Tax Commissioners of the State of New York, and Another, Respondents.— Determinations modified by eliminating the tax for the years 1904 and 1905, and, as so modified, unanimously confirmed, without costs.